UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM JORDON,

                Plaintiff,

-vs-                                                                              **CERTIFICATE OF SERVICE**

LOCAL NO. 30 OF THE INTERNATIONAL                  **Civil Action No.**
ASSOCIATION OF HEAT & FROST                              **5:09-CV-1218 (FJS/GHL)**
INSULATORS AND ASBESTOS WORKERS;

THE BOARD OF TRUSTEES OF THE LOCAL
NO. 30 OF THE INTERNATIONAL
 ASSOCIATION OF HEAT AND FROST
 INSULATORS AND ASBESTOS WORKERS;

THE ASBESTOS WORKERS SYRACUSE
PENSION FUND (a/k/a THE ASBESTOS
WORKERS LOCAL UNION NO. 30 PENSION
FUND);

THE BOARD OF TRUSTEES OF THE
ASBESTOS WORKERS LOCAL UNION NO. 30
 PENSION FUND;

THE NATIONAL ASBESTOS WORKERS
PENSION PLAN;

THE TRUSTEES OF THE NATIONAL
ASBESTOS WORKERS PENSION FUND; AND
THE INTERNATIONAL ASSOCIATION OF
HEAT & FROST INSULATORS AND
ASBESTOS WORKERS,
                Defendants.

_____

     I hereby certify that on November 24, 2009, my Notice of Appearance was electronically

filed with the Clerk of the District Court using the CM/ECF system which sent notification of

such filing to the following:

Timothy N. McMahon, Esq.
tnm@ccf-law.com

Dated: November 24, 2009  BLITMAN & KING LLP

By: /s/Jules L. Smith _____
Jules L. Smith, Of Counsel
*Attorneys for Defendants*
The Powers Building, Suite 207
16 West Main Street
Rochester, New York 14614
Telephone: (585) 232-5600
Facsimile:  (585) 232-7738
jlsmith@bklawyers.com